Louis Robbins, Appellant, *v.* The Travelers Insurance Company, Respondent.

(Argued September 30, 1935; decided October 8, 1935.)

*Bernard J. McGlinn* for motion.
*Louis B. Davidson* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.